MANN WYATT TANKSLEY
201 E 1st Ave.
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 6:25-cv-01095<br>) |
| TECHPUMP SOLUTIONS, SL, | )<br>) |
| and, | )<br>) |
| JOHN DOE D/B/A SUPERPORN.COM, | )<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S STATUS REPORT

COMES NOW Plaintiff, by and through his natural mother and next friend, Jane Doe, and submits this status report pursuant to the Court's December 8, 2025, Order. Plaintiff states that as of the date of this filing no proof of service has been received from the Spanish Central Authority. However, counsel for Defendant Techpump Solutions, S.L. has advised Plaintiff that Defendant is in the process of retaining local counsel to respond to the Complaint that was served on Defendant and intends to respond on or before January 30, 2026. *See* **Exhibit A**, Email from Evan Fray-Witzer.

With respect to proof of service, Plaintiff does not expect to receive formal confirmation from the Spanish Central Authority until approximately March through June 2026.[1]

Respectfully submitted,

/s/ *Joshua W. Ruhlmann*
Michael J. Wyatt     (#23260)
Joshua W. Ruhlmann  (#29778)
MANN WYATT TANKSLEY
201 E. 1st Ave.
Hutchinson, KS  67504-1202
(620) 662-2400
(620) 662-2443 (Fax)
mike@mannwyatt.com
josh@mannwyatt.com

-and-

Benjamin W. Bull*
Christen M. Price*
Victoria Hirsch*
Khari James*
NATIONAL CENTER ON
SEXUAL EXPLOITATION
1201 F St., NW, Suite 200
Washington, DC 20004
P: 202-393-7245
bbull@ncose.com
cprice@ncoselaw.org
vhirsch@ncoselaw.org
kjames@ncoselaw.org

*Admitted via pro hac vice

*Attorneys for Plaintiff*

---

[1] It is common for a defendant to be served before a plaintiff receives proof of service from the relevant Central Authority. *See You May Know Before I Do*, Hague Law Blog (Nov. 10, 2020), https://www.haguelawblog.com/2020/11/you-may-know-before-i-do/

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2026, the foregoing disclosure was filed electronically. And a copy was sent via email to:

    Evan Fray-Witzer
    Ciampa Fray-Witzer, LLP
    101 Federal St., Suite 1900
    Boston, MA 02110
    (617) 426-0000
    (617) 507-8043 (facsimile)
    Evan@CFWLegal.com

.

                                                              /s/*Joshua W. Ruhlmann*
                                                              Joshua W. Ruhlmann