## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE,  )<br>Plaintiff,  )<br>  )<br>  )<br>TECHPUMP SOLUTIONS, SL,  )<br>and,  )<br>JOHN DOE D/B/A SUPERPORN.COM,  )<br>Defendants.  )<br>  ) | Case No. 25-CV-01095-HLT-BGS |

### **DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), Techpump Solutions, SL and Pump Lab, SL d/b/a Superporn.com move the Court for an order dismissing Plaintiff's claims against them and dismissing them as Defendants in this case for lack of personal jurisdiction.

Respectfully submitted,

*Attorneys for Techpump Solutions, SL & Pump Lab, SL d/b/a superporn.com*

| | |
|---|---|
| CIAMPA FRAY-WITZER, LLP | JOSEPH, HOLLANDER & CRAFT LLC |
| s/ Evan Fray-Witzer<br>Evan Fray-Witzer<br>(pro hac vice motion pending)<br>101 Federal St., Suite 1900<br>Boston, MA 02110<br>(617) 426-0000<br>(617) 507-8043 (facsimile)<br>Evan@CFWLegal.com | s/ Christopher M. Joseph<br>Christopher M. Joseph, #19778<br>Joseph, Hollander & Craft LLC<br>1508 SW Topeka Blvd.<br>Topeka, KS 66612-1887<br>(785) 234-3272 Main<br>(785) 234-3610 Fax<br>cjoseph@josephhollander.com |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

          /s/ Christopher M. Joseph
          Christopher M. Joseph