Mann Wyatt Tanksley
201 E 1st Ave.
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 25 CV 01095-HLT-BGS ) |
| PUMP LAB, SL, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF BASSEM BANAFA

1. My name is Bassem Banafa. I'm over the age of 18 years and legally competent and able to make this declaration, which is based on my personal knowledge.

*Pump Lab's use of Cookies and User Tracking*

2. A cookie is a specific category of data generated by a website and stored on a user's computer. Cookies allow websites to track individual users to provide a wide range of functionality. For example, cookies can be used to allow a website to keep items in a shopping cart when a user leaves and returns to the site. Cookies can also be used to collect information about users and their activities to build profiles or to target them with specific advertising campaigns.

3. On February 28, 2026, I browsed to the Superporn homepage and clicked through to a video. This brief interaction generated at least 12 cookies, listed below. Additional cookies would likely have been generated with continued interaction on the site.

| Domain Name | Name | Value Type |
|---|---|---|
| .creative.sexchatters.com | __cf_bm | Cloudflare unique identifier for rate-limiting |
| .creative.sexchatters.com | _cfuvid | Cloudflare unique identifier/bot score |
| .go.sexchatters.com | __cf_bm | Cloudflare unique identifier for rate-limiting |
| .go.sexchatters.com | _cfuvid | Cloudflare unique identifier/bot score |
| .magsrv.com | __uvt | Exoclick advertising network unique identifier |
| .pemsrv.com | __uvt | Exoclick advertising network unique identifier |
| .superporn.com | guest_id | Unique identifier |
| .superporn.com | lang | Language |
| .superporn.com | superporn_session | Unique identifier |
| .superporn.com | url_type | URL type (in this case, "video") |
| .superporn.com | url_type_id | Identifier for this URL |
| .superporn.com | XSRF-TOKEN | Security token |

4. The cookies include unique identifiers attached by Cloudflare, the content host for advertising content by "Sexchatters.com,"[1] Exoclick, an adult advertising network, and Superporn.

5. According to Builtwith.com, Superporn uses the Matomo analytics platform. While the specific features enabled or utilized by Superporn are not public information, generally, Matomo allows websites to track detailed information about specific users.[2] Any major analytics platform would also provide the same or similar features.

6. Information tracked includes:

   a. Where a user came from.

   b. Content that a user viewed.

   c. User interactions with a site, including views, clicks, downloads, form submissions.

   d. How often a video is played, how long it was played, whether it was viewed in full screen, how often it was paused or resumed.

   e. User searches on the site.

   f. Connecting a logged-in user's email/username to all their activity.

---

[1] Sexchatters.com's site states it is operated by Technius Ltd. Technius Ltd is part of the ownership structure of a network of adult sites, including Xhamster.com and Stripchat.com.
[2] https://matomo.org/guides/

Declaration of Bassem Banafa
Page 2 of 6

    g. Any information associated with a user's device, including type (mobile or desktop) and what browser they're using.

    h. Any information connected to a user's IP address, such as their location, including the city they live in.

7. A screenshot from Matomo's website containing an example "Visitor Profile" generated by the service is attached below.[3]

---

[3] https://matomo.org/faq/reports/the-visitor-profile/



8. User data was also being provided in real-time to at least two advertisers, Exoclick and Sexchatters, almost immediately.

9. Superporn had enough information to be aware of my device's location when it placed these cookies. Superporn appears to be using Matomo analytics, and cookies would have enabled that tool to create a profile using my browsing history and activity on the site. These cookies would have actively enabled comprehensive data collection for that profile, as shown in the screenshot above. Additionally, Superporn appears to have monetized this data immediately by piping it into at least two advertisers, ExoClick and Sexchatters.

10. In order to determine the extent of the information collected by Superporn, the exact cookies and tools Superporn used to collect that information, and the extent of Superporn's monetization of user profiles; data from Superporn's analytics services, including Matomo, would need to be provided, as well as data from Superporn's advertisers, including Sexchatters and Exoclick. For example, Exoclick, like many advertising networks, pays more to advertise to customers in the United States than other locations. Superporn, Exoclick, and clients of Exoclick are likely using information collected through these cookies to target specific advertisements at users from United States locations.

### *Pump Lab's use of Content Delivery Networks*

11. Superporn.com appears to be hosted by at least two content delivery networks, CDN77 and Cloudflare. Media on the site, such as images or videos, appears to be served by CDN77,[4] while the site's infrastructure, such as scripts and text, is served by Cloudflare.[5] The details of this arrangement are not public. However, publicly available information indicates that this arrangement is not consistent with utilizing Cloudflare exclusively for DNS services. CDN77's documentation describes one such arrangement that uses both services.[6]

---

[4] https://viewdns.info/dnsrecord/?domain=img4.superporn.com
[5] https://viewdns.info/dnsrecord/?domain=superporn.com
[6] https://client.cdn77.com/support/knowledgebase/general-faq/cdn77-and-cloudflare

Declaration of Bassem Banafa
Page 5 of 6

12. CDN77's documentation indicates that they allow their clients to select specific locations for access to the content delivery network,[7,8] "Allow or deny access based on specific IP addresses or geographic locations." Their documentation also indicates that clients can select specific datacenters to enable or disable.[9]

13. The US market is significant enough to CDN77's marketing efforts that their webpage specifically calls out four US points of presence when describing the speed of their operation (Denver, Dallas, Atlanta, and Chicago), even when I accessed CDN77's site from IP addresses in Spain.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bassem Banafa

3/3/26
Date

---

[7] https://www.cdn77.com/products/content-delivery-network-services
[8] https://www.cdn77.com/security
[9] https://client.cdn77.com/support/api-reference/v3/cdn-resources/list-of-data-centers