MANN WYATT TANKSLEY
201 E 1st Ave.
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>PUMP LAB, SL,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 25 CV 01095-HLT-BGS<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF CHAD CORNISH**

1. My name is Chad Cornish. I'm over the age of 18 years and legally competent and able to make this declaration, which is based on my personal knowledge.

2. On February 24, 2026, I accessed www.superporn.com using a cellular phone connected solely through cellular data, without the use of Wi-Fi or any virtual private network.

3. At no point during my attempt to access the Superporn Website was I required to verify my age, submit identification, create an account, or complete any age-gating process. Upon entering the website's URL, pornographic content immediately loaded and was displayed on my device, as reflected in the below picture captured contemporaneously with my access:



*Note: pornographic content has been censored.*

4.   Immediately prior to accessing the Superporn Website, I navigated to www.whatismyipaddress.com to confirm that my device's IP address reflected a Kansas location. The website reported that my IP address corresponded to Kansas, as shown in the screenshot below:

Declaration of Chad Cornish
Page 2 of 3



5.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Chad Cornish

3-2-26
_____
Date