# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Q.R. a minor, by and through his natural )
mother and next friend JANE DOE, )

)

              Plaintiff, )

) CASE NO. 6:25-cv-01095-HLT-BGS

)

v. )

)

PUMP LAB, SL, )

)

              Defendant. )

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Pump Lab, SL moves the Court for an

order dismissing all claims against Defendant for lack of personal jurisdiction.

Respectfully submitted,
*Attorneys for Pump Lab, SL*

CIAMPA FRAY-WITZER, LLP
s/ Evan Fray-Witzer (pro hac vice)
101 Federal St., Suite 1900
Boston, MA 02110
(617) 426-0000
(617) 507-8043 fax
Evan@CFWLegal.com

JOSEPH, HOLLANDER & CRAFT LLC
s/ Christopher M. Joseph, #19778

BOSTON LAW GROUP, PC
s/ Val Gurvits (pro hac vice)
s/ Frank Scardino (pro hac vice)
825 Beacon Street, Suite 20
Newton Center, MA 02459 USA
(617) 928-1805
(617) 928-1802 fax
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

s/ Carrie E. Parker, #24988
Joseph, Hollander & Craft LLC
1508 SW Topeka Blvd.
Topeka, KS 66612-1887
(785) 234-3272 Main
(785) 234-3610 Fax
cjoseph@josephhollander.com
cparker@josephhollander.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ Christopher M. Joseph
Christopher M. Joseph