**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE,<br>    Plaintiff,<br><br>PUMP LAB, SL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-CV-01095-HLT-BGS |

## <u>DECLARATION OF BORJA MERA URRESTARAZU</u>

My name is Borja Mera Urrestarazu.  I make the following declarations based upon my personal knowledge, as well as information that I have received from the business records of Pump Lab, SL and/or Techpump Solutions, SL and I believe them to be true and correct. I will testify truthfully and competently, if called as a witness.

1.      I am the CEO of Pump Lab, SL, which is a Spanish Company, with headquarters located at Plaza Seis de Agosto N°6-2°, 33206 Gijon (Asturias), Spain.

2.      During the relevant times identified in the Complaint, Techpump Solutions, SL, a Spanish company headquartered in Spain, owned and operated the superporn.com website (the "Website" or the "Superporn Website").

3.      Approximately one year after the events at issue in the Complaint, however, Techpump Solutions, SL underwent a corporate restructuring and, as a result, the entity that currently owns and operates the Superporn Website is Pump Lab, SL. For purposes of this declaration, I refer to the two companies collectively as "Pump Lab."

4.      Pump Lab does not have any employees in Kansas, nor has it ever had any employees in Kansas.

5.      Pump Lab does not own or lease any real estate in Kansas, nor has it ever owned or leased real estate in Kansas.

6.      Pump Lab does not conduct business in Kansas, nor does it have a license to conduct business in Kansas.

7.      Pump Lab does not pay taxes in Kansas.

8.      Pump Lab does not have any computer servers located in Kansas.

9.      Pump Lab has no employees who travel to Kansas for any business purposes and, as such, litigating in Kansas would be a considerable burden.

10.     Any and all decisions concerning the operation of the Superporn Website – including the implementation of age verifications measures – are made exclusively in Spain and put into practice from Pump Lab's offices in Spain.

11.     The Superporn Website is not aimed or directed at Kansas.  Indeed, the website is not aimed or directed at *any* specific location.  It is equally accessible anywhere in the world where its content is permitted.

12.     Instead, the Website is accessible to any user without charge or cost anywhere in the world, where such content is legally permissible.

13.     Pump Lab does not sell subscriptions to the Superporn Website, nor has it ever charged visitors to access its content.

14.     The percentage of visitors from Kansas is infinitesimally small.  Indeed, during the relevant period of time, visitors from Kansas represented less than one-tenth of one percent of the website's visitors, specifically 0.086% of the total visitors to the Website.  Visitors from the United States as a whole represented less than 10% of the Superporn Website's total traffic during the same time period.

2

15.     The Terms of Service for the Superporn Website make clear that: Pump Lab is a Spanish company and that users of the website agree to personal jurisdiction in Spain.  A true and accurate copy of the Terms of Service are attached hereto at Tab 1.

16.     Pump Lab does not utilize any Content Delivery Networks (CDNs) that have servers located in Kansas.

17.     The Superporn Website does not utilize the services of Cloudflare for CDN services.

18.     Instead, the website utilizes the services of a British Company, DataCamp Limited, which operates a CDN service called CDN77.  My understanding from reviewing CDN77's website is that they do not have servers (also know as Points of Presence or "PoP") in Kansas or even particularly close to Kansas.

19.     Having servers in or close to Kansas has never been a particular concern for Pump Lab.  Our concern is that the Superporn Website be fast everywhere in the world where we have users.  We do not make any special efforts to speed the delivery of content to Kansas as opposed to any other state in the United States or any other country or locality in the world.

20.     Pump Lab does use Cloudlfare for what are known as DNS services.   Put simply, DNS services are used to protect a website from a Distributed Denial of Services ("DDoS") attack.  A DDoS attack uses multiple computers to send requests to a specific site in an attempt to overwhelm the site, making it largely inaccessible to legitimate users.  Cloudflare interjects its own IP addresses between the DDoS attackers and the website's own IP address so that an attack does not make the target website inaccessible.  Such services have nothing to do with making the Superporn Website site faster in any given location and everything to do with keeping the site accessible globally.

21.     Pump Lab utilizes Cloudflare for DNS services around the world, pursuant to a contract that it executed from Spain.

22.     Pump Lab does not use geolocation to target, direct, or promote any particular content towards users from Kansas. To the contrary, to the extent Pump Lab uses geolocation, it is as part of an active compliance and prevention measure designed to block content from reaching certain users in a location where such content might be banned or restricted. More specifically, it is expressly used to prevent access by minors and to comply with applicable legal and regulatory frameworks in each jurisdiction.

23.     I have reviewed the Declaration of Bassem Banafa attached to the First Amended Complaint and would like to briefly respond to some of the statements made therein.

24.     I do not know who Mr. Banafa is or what his qualifications might be because they are not mentioned in his declaration, but his Declaration is filled with incorrect assumptions and factually incorrect information.

25.     Mr. Banafa talks about cookies that he claims were generated by virtue of his visiting the Superporn Website and clicking through to a video. I do not know if his list is accurate but, in any event, the cookies he identifies are standard components required for the operation of any modern website. The specific cookies identified are primarily used for site security (for example, protecting against malicious bots), language and navigation preferences, and session management. There is nothing about those cookies that demonstrates user tracking, profiling, or data monetization. The Superporn Website's cookie policy is available through the website at www.superporn.com/cookies-policy and a copy of that policy is attached hereto at Tab 2.

4

26.     Mr. Banafa also talks generally about what analytics a company *could* collect using the Matomo analytics platform if they chose to do so.

27.     Mr. Banafa claims in paragraph 8 of his declaration that "User data was also being provided in real-time to at least two advertisers, Exoclick and Sexchatters, almost immediately." The only information transmitted to the advertisers are the category types of the videos that the user has chosen to watch. The system does not identify the user or transmit personal data to the advertisers about the users.

28.     Mr. Banafa also makes claims about the Superporn Website's use of Cloudflare for CDN purposes. As I explained, above, the website does not use Cloudflare for content delivery network purposes. With respect to images and videos, this is all handled by CDN77. With respect to the site's backend operations and application logic (the core code that orchestrates how a software application works, handling the flow of data between the user interface and the underlying business rules), this is all handled by Pump Lab's own servers. Mr. Banafa's assumptions to the contrary are incorrect.

29.     Mr. Banafa also claims that CDN77 allows its customers to choose which locations they want to prioritize for content delivery services. Although I do not know if CDN77 actually offers this ability or not, I do know that Pump Lab does not use content delivery networks to prioritize content delivery to Kansas or any other specific location for that matter. As I stated above, Pump Lab uses CDN77's services to speed content delivery to *all* locations.

30.     Because the First Amended Complaint and Mr. Banafa's declaration both make suggestions about the advertising that appears on the Superporn Website, I briefly address that issue here.

31.     The advertising that appears on the Superporn Website is the result of an agreement between Pump Tech and Exoclick. SL. a third-party advertising network.  Exoclick is also a Spanish Company.

32.     Other than providing space on the Superporn Website for ads to appear, Pump Lab has no role in the selection or placement of the advertisements themselves.  When a user visits the website, Exoclick's servers automatically determine what (if any advertisement) will be displayed to the user.  This is much like Google's Adsense network that automatically displays advertisements to people who visit websites that have agreements with Google for the placement of such ads.

33.     To be clear, Pump Lab does not select the advertising to be displayed; does not select which advertising is displayed in what geographic location; and does not even determine if any particular visitor will see advertising at all.  Exoclick – and not Pump Lab – is solely responsible for the selection of advertisers, the design and implementation of any advertising campaigns, the decisions about geographic placement, and ad rotation and frequency.

34.     While it is true that Pump Lab receives advertising revenue from Exoclick, the revenue it receives is based on the *country* where the website visitor is located, not the state. Exoclick's revenue reporting is done not by state, but by country and Pump Lab does not receive separate revenue figures for specific states such as Kansas.

35.     So, while it is likely that Pump Lab receives some small amount of revenue as a result of advertising that Exoclick displays to visitors from Kansas (again, less than one-tenth of one percent of the website's visitors are from Kansas), that amount is simply reported to Pump Lab as part of the revenues received from website visitors from the United States as a whole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 _____

                                                 Borja Mera Urrestarazu, CEO
                                                 Pump Lab, SL

Executed on 3 April 2026

7

# TAB 1

Terms and Conditions

General rules and legal considerations concerning the use of SuperPorn

**1.-Rules and mode of acceptance of the terms of use.**

This agreement governs the access and use of the web page that Techpump Solutions S.L. makes available to users who are interested in the service, titled www.superporn.com.

The use of the services provided on this website implies acceptance of these terms of use.

THE USER declares to have full capacity to contract and be bound by acceptance of these terms of use.

Techpump Solutions S.L. may cease, at any time and without prior notice, providing of the services available through www.superporn.com as well as modify the services provided, whether that be through incidental or substantial aspects. THE USER may terminate this agreement at any time, by withdrawing his user account.

Techpump Solutions S.L. may without notice cancel or suspend the account or access to the website of the USER, according to the unilateral discretion of Techpump Solutions S.L., considering that they are failing to comply with the *Terms of Use* and/or current legislation.

**2.-Price for the use of the service**

The use of this service by its users, whether or not registered users, is completely free.

**3.-Language of the "terms of use."**

The legally established language is Spanish from Spain; therefore before translating this Legal Notice into any other language, the original Spanish clauses must be understood as binding, both in the Legal Notice and in the Terms of Use or Privacy Policy.

**4.-Privacy.**

With the acceptance of these terms of use, the USER also declares knowledge and acceptance of our **privacy policy**.

Personal data sent by the USER using any of our forms will be incorporated into an automated file created by Techpump Solutions S.L. for which they are responsible. THE USER agrees that the data he provided is not false, is up-to-date and does not correspond to other persons other than the user.

**5.-Intellectual property.**

THE USER of the website claims to be the exclusive owner - and that they will continue to be while using this service- that the rights of the content uploaded to this site - whether it\'s intellectual property, image, or any other - or are authorized to broadcast over the web by licensing from the exclusive owner, and that the content does not infringe on the rights of third parties, that are exempt from charges or encumbrance whatsoever and have complete accessibility to it.

Therefore, the USER accepts and understands that only the uploading of material to this website in the following circumstances is permitted:

1. Being the exclusive owner of all of the rights that pertain to content which you make available from our service. In this case, THE USER also states that the content they upload to our service does not belong to the directory of any management entity, retaining the full management of it.

2. That the content uploaded to our service has been reported by the rights owner with a license that allows free dissemination to third parties through any medium.

**6.-Release of rights for the provision of the service.**

With the acceptance of these terms of use, the USER releases freely and non-exclusively to Techpump Solutions S.L. the rights of intellectual property and of any other type on the content uploaded to this service, including reproduction, distribution, public communication and transformation of the content worldwide, during the time in which the assigning user has access to it from the web, with the only purpose and object of this being that the content can be hosted and disseminated by the user through this service.

The user and owner of the rights to the content uploaded to the website will continue to be the exclusive proprietor, as the assignment contained in this section is only for the purposes that SuperPorn may provide his services through the website and the rest of USERS can access his content.

In the event that the uploaded content is from a third party, but reported with a license that allows its free dissemination, the USER undertakes and is responsible for the license effectively permitting the type of use of that content through the service provided by the website.

The release of rights to Techpump Solutions S.L. of the content uploaded to the service will last as long as the USER has it published on the service offered by www.superporn.com or until he cancels his account with the service, with the exception of any comments made using the service while his account was active that had been published in places other than on the profile of the user whose account has been cancelled, and whose cession of

rights will be during the maximum time allowed by the law, without prejudice that the USER will continue being the exclusive author and proprietor of this content.

After the removal of the content or the cancellation of the account by the USER, with said exceptions, it will not be accessible by others although Techpump Solutions S.L. may have backups of the site that could possibly have been made when the content was published.

### 7.- Release of image rights

In case that the USER uploads content where the image of a person appears (including the avatar of the USER), the USER guarantees being of adult age, to be the owner of the rights belonging to those images and to be in possession of the authorization of the people whose image is being reproduced. The USER is committed not to upload to our website any content without image or video authorization, where people appear who have not authorized the use when being legally enforceable. In case that the content uploaded by the user shows people under adult age, the USER guarantees he or she, has got the express and unequivocal consent for the recording and showcasing of the image, provided by the parents or legal tutors of the underage person.

By the acceptance of these term of use, the USER releases to Techpump Solutions S.L. non-exclusively, effective worldwide, in a free and transferable way with the authority to sub-license, the image rights associated with his photo uploaded to www.superporn.com as well as intellectual property rights of reproduction, distribution, public communication, and transformation of it.

The release of intellectual property and image rights will last as long as the user has his photography posted on his profile on www.superporn.com, and the only purpose will be to show the image to other users of the service.

THE USER is also committed to not uploading to our website, without authorization for the image or video, any in which people appear that have not authorized use when this is legally enforceable.

### 8.- Liability for improper use of the service and infringement of rights.

THE USER recognizes that Techpump Solutions S.L. is not responsible for possible unlawfulness or damages to the rights of the works or contents that are made available to third parties through the service offered on the website.

Likewise, the USER agrees to report to Techpump Solutions S.L. all content hosted on the website, of which there may be justified suspicion of illicitness.

Techpump Solutions S.L. reserves the right to withdraw content if its illicitness so requires - or content that may have justified suspicion - as required by the current Law of Services of the Society of Information in Spain.

The user is obligated to not carry out any actions or omissions that could break the law or cause damage, and, in particular and for example, will refrain from:

1. Publishing content that is offensive, libelous, slanderous, racist, discriminatory, or which otherwise may injure the rights of third parties.

2. Publishing data, personal images, or private information of any third party.

3. Creating user accounts with fake profiles impersonating third parties.

4. Using the service to perform unauthorized commercial communications or for collecting data from other users.

5. Uploading content to the service which is subject to the intellectual or industrial property rights belonging to third parties without consent of these parties.

6. Publishing content that might infringe on the right to honor, privacy, or image of third parties.

Techpump Solutions S.L. reserves the right to cancel the account of any user that it considers, with good reason, may be using it to infringe on rights of third parties.

**9.-Advertising**

The user is aware and accepts that Techpump Solutions S.L. may now or in the future include advertising on the website for their own or third party activity.

**10.-Applicable law and jurisdiction**

For any disputes that may arise in the interpretation or enforcement of these Terms of Use, as well as those derived from the use of the service, both parties agree that the courts and tribunals of Gijón (Spain) will be competent.

**11.-Changes in the terms of use**

Techpump Solutions S.L. may modify these terms of use.

In the case of modification, the user accepts that they will be sent an e-mail informing them about the modification. Non-registered users must monitor these terms of use frequently in order to ascertain any changes made since the last time they accessed the website.

The use of the service after the modification of the terms of use implies the knowledge and acceptance of the new modified version.

# TAB 2

## 1.1 INFORMATION ON THE USE OF COOKIES - COOKIE LAW

On this website, cookies may be used on some pages. The purpose of these cookies is to improve the service offered to the users and our visitors. In case they are installed, the website controller will ask for your consent to do so, and you will have the option to accept it.

Article 22 LSSI.- "Service providers may use storage and user's data recovery devices in data terminal equipments, provided that the users have given their consent after having received clear and complete information on its use, in particular, regarding the processing of data, in compliance with the provisions in Organic Law 15/1999, of 13th December, on the Protection of Personal Data.

When it is technically possible and effective, the user's consent accepting the processing of data may be accomplished through the use of adequate browser parameters or other applications, provided that it must proceed to its configuration during the installation or update through an explicit action for this purpose. The previously mentioned will not prevent the possible storage or technical access for the only purpose of transmitting a communication over an electronic communication network or, as long as it's strictly necessary, of providing an information society service expressly requested by the user."

A "Cookie" is a small file that is stored on the user's computer and allows us to recognize you, obtain information about your browsing habits or customize the way the content is displayed. The set of "cookies" helps us to improve the quality of our website, allowing us to control which pages our users find useful and which do not.

The following are excluded from the scope of application of article 22.2 of the LSSI:

- User input cookies
- User authentication or identification cookies
- Media player session cookies
- Session cookies to balance load
- User interface customization cookies
- Certain cookies completely to exchange social content.

For this reason, this website can use them as they allow the operation and presentation of the services offered therein.

## 1.2 ADMINISTRATION OF COOKIES AND WITHDRAWAL OF GIVEN CONSENT

We inform you that you can reject the use and installation of cookies on this website by changing the settings on your browser, being able to continue using this website We also warn you that your experience on this website may be limited if some of the options we provide are changed:

## 1.3 ADMINISTRATION OF COOKIES BY BROWSER:

Google Chrome, **http://support.google.com/chrome/bin/answer.py?hl=es&answer=95647**

Explorer,
**http://windows.microsoft.com/es-es/windows7/how-to-manage-cookies-in-internet-explorer-9**

Firefox, **http://support.mozilla.org/es/kb/habilitar-y-deshabilitar-cookies-que-los-sitios-we**

Safari, **http://support.apple.com/kb/ph5042**

Many browsers allow the activation of a **private mode** whereby cookies are always deleted after your visit. Depending on each browser, this private mode can have different names, you can find a list below with the most common browsers and the different names of this "private mode":

- Internet Explorer v11.0.205: in private
- FireFox 2.0.0.14 y superior: Navegación Privada.
- Google Chrome 84.0.4147.135 y superior: Incógnito.
- Safari 13.1.1: Navegación Privada.
- Opera 10.5 y superior: Navegación Privada.
- Microsoft Edge: 85.0.564.41: in private

Please, read carefully the help section on your browser to learn more about how to activate the "private mode". You can continue visiting our website even if your browser is in "private mode", however, the user's experience may not be optimal and some utilities might not work.

If you need more information about blocking cookies on your computer, please feel free to access the following link for further explanation:
**http://windows.microsoft.com/es-es/windows-vista/block-or-allow-cookies**

Although cookies are essential for the operation of the internet, providing innumerable advantages in the provision of interactive services, they contribute countless advantages to the provision of interactive services, allowing the browsing and the use of our website. Cookies cannot damage your computer and, in turn, when activated, they help us identify and solve errors.

## 1.4 TYPES OF COOKIES:

The information provided below will help you understand the different types of cookies.

- Depending on who is the entity that manages the cookies:
    - Own cookies: are those that are sent to the user's terminal equipment from a computer or domain managed by the editor itself and from which it provides the service requested by the user.

- o Third-party cookies: are those that are sent to the user's terminal equipment from a computer or domain that is not managed by the editor, but by another entity that processes the data obtained through cookies.

- According to its purpose
  - o Technical cookies: those that allow the user to navigate and use the different options or services that exist in it.

  - o Preference or customization cookies: those that allow the user to remember information so that the user accesses the service with certain characteristics that may differentiate their experience from that of other users (for example, language).

  - o Analysis or measurement cookies: those that allow the person responsible to monitor and analyze the behavior of the users of the websites to which they are linked.

  - o Behavioral advertising cookies: are those that store information on the behavior of users obtained through continuous observation of their browsing habits.

- Depending on the time they remain activated in the terminal equipment, we can distinguish:
  - o Session cookies: they are temporary cookies that remain in the cookie file of your browser until you leave the website, so that none are registered on the user's hard disk. Information obtained with these cookies is used to analyse traffic patterns on the website. Ultimately, this enables us to provide a better experience to improve content, and facilitate use.

  - o Permanent cookies: they are stored on the hard disk and our website reads them every time you make a return visit. A permanent website has a set expiration date. The cookie will stop working after that date. We usually use them to facilitate purchase and registration services.

We also inform you that cookies provide the following information:

- Date and time of the user's last visit to the website.

- Content design that the user chose during their first visit to the website.

- Security elements involved in controlling access to restricted areas.

- Other type of information from certain specific cookies.

In all cases and in compliance with the "COOKIE LAW" Act 13/2012 of March 30th, and from art. 22 of the LISS, our website, when installing cookies, will request your prior consent to their installation at the same time our web address is indexed.