## Contact

www.linkedin.com/in/
bassembanafa (LinkedIn)

## Top Skills

Forensic Accounting

Anti Money Laundering

Data Forensics

## Certifications

Certified Anti-Money Laundering
Specialist

EnCase Certified Examiner

Certified in Financial Forensics

Accredited in Business Valuation

Certified Financial Crime Specialist

# Bassem B.

CPA, CFE, ABV, CFF, CGMA, CAMS, CFCS, EnCE
Washington, District of Columbia, United States

## Experience

**Bassem Banafa, LLC**
Consultant
2017 - Present (9 years)

**Polaris (formerly Polaris Project)**
Senior Financial Intelligence Advisor
2020 - 2024 (4 years)

**Contra Costa County District Attorney**
Forensic Accountant
2015 - 2017 (2 years)

**Wells Fargo**
Financial Crimes Consultant
2014 - 2014 (less than a year)

**TM Financial Forensics LLC**
Associate/Senior Associate
2011 - 2014 (3 years)

**EY**
Auditor
2010 - 2011 (1 year)

―――――

## Education

Santa Clara University